| Summons | CIVIL DOCKET NO. 2579CV00426 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: REBECCA MARIE COSTIGAN Plaintiff(s) vs. WALTER A. MAENDEL Defendant(s) | | Laura S. Gentile, Clerk of Courts Hampden County COURT NAME & ADDRESS: Hampden Superior Court Roderick L. Ireland Courthouse 50 State Street Springfield, MA 01103 |

THIS SUMMONS IS DIRECTED TO __Walter A. Maendel__ (Defendant's name)

You are being sued. The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this Summons and the original Complaint has been filed in the Hampden Superior Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the Court may decide the case against you and award the Plaintiff everything asked for in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

A True Copy Attest:
Thomas W Weik CT State Marshal

**2. How to Respond.**

To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff's attorney (or the Plaintiff, if unrepresented). You can do this by:

a) Filing your **signed original** response with the Clerk's Office for Civil Business, Hampden Superior Court P.O. Box 559, Springfield, MA 01102 (address), by mail, in person, or electronically through the web portal www.eFileMA.com if the Complaint was e-filed through that portal, **AND**

b) Delivering or mailing **a copy** of your response to the Plaintiff's attorney/Plaintiff at the following address: Atty Dean Goldblatt, 1380 Main st, Suite 419, Springfield, MA 01103.

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff (referred to as "counterclaims") that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

COMMONWEALTH OF MASSACHUSETTS

Hampden, ss                           HAMPDEN COUNTY SUPERIOR COURT
                                      CIVIL ACTION NO. 2579CV00426

REBECCA MARIE COSTIGAN,         )
        Plaintiff               )
                                )
                                )
v.                              )   COMPLAINT AND DEMAND
                                )   FOR JURY TRIAL
                                )
WALTER A. MAENDEL,              )
        Defendant               )

1. Plaintiff REBECCA MARIE COSTIGAN, is a natural person who resides at 153 Roy St., in the City of Springfield, Commonwealth of Massachusetts, County of Hampden.

2. Defendant WALTER A. MAENDEL, is a natural person who resides at 133 Danbury Quarter, Town of Winsted, State of Connecticut, County of Litchfield.

## STATEMENT OF FACTS

3. On or about January 20, 2025, the plaintiff REBECCA MARIE COSTIGAN was the operator of a motor vehicle being operated in a safe and cautious manner on Rt. 91(N) in Holyoke, Massachusetts, County of Hampden.

4. As the plaintiff was traveling on Rt. 91(N) she lost control of her vehicle through no fault of her own, and her vehicle came to rest on the side of Rt. 91(N) in Holyoke, Massachusetts, near the 20.6 mile marker.

4. At the same time and place, as plaintiff REBECCA MARIE COSTIGAN was about to disembark from her vehicle, a truck operated by defendant WALTER A. MAENDEL, in an unsafe, erratic and negligent manner by colliding with the plaintiff's disabled vehicle.

5. As a direct and proximate result of the defendant WALTER A. MAENDEL'S negligence, plaintiff suffered great pain of body and anguish of mind for a long period of time, and incurred large expenses for medical care.

WHEREFORE, the plaintiff REBECCA MARIE COSTIGAN demands judgment against WALTER A. MAENDEL in an amount to be determined to be fair and reasonable along with interest and costs.

COUNT II - PROPERTY DAMAGE

6. Plaintiff repeats and re-alleges counts one through five as though fully set forth herein.

7. As a direct and proximate result of the defendant WALTER MAENDEL'S negligence, the plaintiff REBECCA MARIE COSTIGAN incurred damage to his motor vehicle.

WHEREFORE, the plaintiff demands judgment against WALTER A. MAENDEL, in an amount to be determined to be fair and reasonable along with interest and costs.

COUNT III - LOSS OF USE

8. Plaintiff repeats and re-alleges counts one through seven as though fully set forth herein.

9. As a direct and proximate result of defendant WALTER A. MAENDEL'S negligence, the plaintiff REBECCA MARIE COSTIGAN was unable to use her motor vehicle for a long period of time and incurred costs as a result.

WHEREFORE, the plaintiff demands judgment against WALTER A. MAENDEL, in an amount to be determined to be fair and reasonable along with interest and costs.

WHEREFORE, the plaintiff demands a trial by jury.

The Plaintiff,
REBECCA COSTIGAN
By her attorney,

Dean E. Goldblatt
BBO#: 558962
Counsel for Plaintiff
1380 Main Street
Springfield, MA  01103
(413) 731-8262
Dgoldblattlaw@yahoo.com

Dated: June 11, 2025
02/Auto/74

# CIVIL ACTION COVER SHEET

**DOCKET NUMBER:** 2579CV00426

**Trial Court of Massachusetts — The Superior Court**

**PLAINTIFF(S):** REBECCA MARIE COSTIGAN
**ADDRESS:**

**COUNTY:** Hampden

**DEFENDANT(S):** WALTER A. MAENDEL

**ATTORNEY:** Dean E. Goldblatt, Esq.
**ADDRESS:** 1380 Main St, Suite 419
Springfield, MA 01103

**ADDRESS:** 133 Danbury Quarter Rd.
Winsted, CT 06098

**BBO:**

## TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

**CODE NO.:** B03
**TYPE OF ACTION (specify):** Motor Vehicle Negligence - Personal Injury/Prop
**TRACK:** F
**HAS A JURY CLAIM BEEN MADE?** [X] YES [ ] NO

*If "Other" please describe:

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................................................ $ 23,424.33
2. Total doctor expenses ............................................................................. $ 5,000
3. Total chiropractic expenses .................................................................... $
4. Total physical therapy expenses ............................................................ $ 2,189.09
5. Total other expenses (describe below) .................................................. $ 6,474
   ambulance & radiology
   Subtotal (A): $ 37,087.42
B. Documented lost wages and compensation to date ................................... $ 3,800
C. Documented property damages to dated .................................................. $
D. Reasonably anticipated future medical and hospital expenses .................. $ 9,000
E. Reasonably anticipated lost wages ............................................................ $
F. Other documented items of damages (describe below) ............................. $ 100,000
   pain & suffering

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
As a result of the motor vehicle accident on 1/30/25, the plaintiff sustained significant injuries such as concussion, broken right hip, laceration to her forehead, left leg was pushed up into hip, hematoma to her left hip, fractured left arm, among others

**TOTAL (A-F):** $ 149,887.42

### CONTRACT CLAIMS
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

**TOTAL:** $

Signature of Attorney/Pro Se Plaintiff: X    Date: Jun 11, 2025

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X   Date: Jun 11, 2025